**JAMES E. SEYKORA**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT  59103
2929 Third Ave. North, Suite 400
Billings, MT  59101
Phone: (406) 657-6101
FAX: (406) 657-6989

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS, MT

2006 MAY 22 AM 8 58

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE RENEE WALDHALM,<br><br>Defendant. | CR 06- 65 -BLG- RFC<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 846(Count I)<br>(Penalty: Ten years to life imprisonment, $4,000,000 fine and at least five years supervised release)<br><br>**DISTRIBUTION OF METHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>Title 21 U.S.C. § 841(a)(1) (Counts II, VI and VII)<br>(Penalty: Mandatory minimum five to 40 years imprisonment, $2,000,000 fine, and at least four years supervised release) |

|  | DISTRIBUTION OF COCAINE AND METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Counts III, IV, V and VIII)<br>(Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

That from on or about an unknown date believed to be in late 2005 up to and including the present, at Billings, in the State and District of Montana, and elsewhere, the defendant, NICHOLE RENEE WALDHALM, along with Robert Biggs and other persons both known and unknown to the Grand Jury, did knowingly and unlawfully conspire, combine, confederate, and agree to possess with intent to distribute over 500 grams of a mixture or substance containing methamphetamine or over 50 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That on or about January 12, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully distribute 6.70 grams of a mixture or substance containing 21% methamphetamine, or 1.4 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about January 12, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully distribute 5.80 grams of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

That on or about January 12, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully distribute 6.90 grams of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT V

That on or about January 12, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully distribute 12.60 grams of a mixture or substance containing 16% methamphetamine, or 2.0 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VI

That on or about January 31, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully distribute 14.5 grams of a mixture or substance containing 44% methamphetamine, or 6.3 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VII

That on or about February 2, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully possess with intent to distribute 16.20 grams of a mixture or substance containing 37% methamphetamine, or 5.90 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VIII

That on or about February 2, 2006, at Billings, in the State and District of Montana, the defendant, NICHOLE RENEE WALDHALM, did knowingly and unlawfully possess with intent to distribute 1.5 grams of a mixture or substance containing 96% methamphetamine, or 1.4 grams of actual methamphetamine, commonly known as "ice," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

for _____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Summons _____
Warrant: X (STATE CUSTODY)
Jail NONE

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**
City: Billings
County/Parish: Montana

**Related Case Information:**
Superseding Indictment _____ Docket #: _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Juvenile: ___Yes  X  No

If Yes, Matter to be sealed:   Yes       No

Defendant Name: Nichole Renee Waldhalm

Alias Name: _____

Address: _____

Birthdate: 7/25/78    SS#: 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    Sex: F    Race: _____    Nationality: _____

**U.S. Attorney Information:**

AUSA: James E. Seykora

Interpreter: ___Yes ___No    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

___ Already in Federal Custody as of _____ in _____

X  Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 8           [] Petty    [] Misdemeanor    [x] Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy | 1 |
| Set 2 | 21 USC 841(a)(1) | PWITD and distribution of meth and cocaine | 2-8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

(MAY BE CONTINUED)

Date: _____    Signature of AUSA: _____

District Court Case Number (To be filled in by deputy Clerk): _____

S:\crforms\INDICTMENTS\cover sheet.wpd

# United States District Court

DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR-06-65-BLG-RFC |

Nichole Renee Waldhalm
IN STATE CUSTODY

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest Nichole Renee Waldhalm and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HER with CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, DISTRIBUTION OF METHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND DISTRIBUTION OF COCAINE AND METHAMPHETAMINE in violation of Title 21 United States Code, Section 846,841(a)(1).

Assigned to: James E. Seykora

C. Rost, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE RICHARD W. ANDERSON
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 05/22/06

| RETURN | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| **DATE OF ARREST:** | | *DWIGHT MACKAY* |
| **LOCATION:** | | **UNITED STATES MARSHAL** |
| **BY:** | Deputy U.S. Marshal | |